UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 15-42-DLB-CJS-1

UNITED STATES OF AMERICA                                       PLAINTIFF

vs.             **ORDER ADOPTING REPORT AND RECOMMENDATION**

LAURA J. BOWLING                                            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the July 5, 2018 Report and Recommendation ("R&R") of Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Bowling's supervised release and that she be sentenced to a four (4) month term of incarceration with a new three (3) year term of supervised release to follow. (Doc. # 109).

Defendant Bowling having waived her right to allocution (Doc. # 108) and the parties having waived the 14-day objection period to file objections to the R&R (Doc. # 106 at 1), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Report and Recommendation ("R&R") (Doc. # 109) is **adopted** as the findings of fact and conclusions of law of the Court;

(2)     Defendant Laura Bowling is found to have **violated** the terms of her

1

supervised release as set forth in Violation Nos. 1, 2, and 3 set forth in the August 15, 2017 Violation Report and March 9, 2018 Supplemental Violation Report (Docs. # 87 & 107);

(3) Defendant's supervised release is **revoked**;

(4) Defendant is **sentenced** to the custody of the Attorney General for a **term of imprisonment of 4 months, with a 3-year term of supervised release to follow**, upon the same terms and conditions of supervision as imposed in the original Judgment, and as **modified** for Defendant to abstain from the use of alcohol, as well as with the following additional search condition:

> You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1), but including other devices excluded from this definition), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search will be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

(5) Defendant's sentence, if possible, shall be served at a federal facility as close as possible to the Greater Cincinnati area;

(6) Defendant shall promptly self surrender upon the Bureau of Prisons' designation of a facility and the Probation Officer's communication of that designation to Defendant; and

(7) A Judgment shall be entered concurrently herewith.

This 5th day of July, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2015\15-42-1 Order adopting R&R re SRV.wpd